STATE OF MARYLAND, Use of Lillian Mildred Stanley.

*vs.*

THE PENNSYLVANIA STEEL CO. OF PHILA-DELPHIA.

*Decided April 8th, 1914.*

Appeal from the Circuit Court of Washington County. (Keedy, J.).

The cause was argued before Boyd, C. J., Briscoe, Thomas, Pattison, Urner, Stockbridge and Constable, JJ.

*Marshall McCormick, Samuel B. Loose* and *Alexander Armstrong, Jr.,* submitted the case on a brief, for the appellant.

*Henry H. Keedy, Jr.,* (with whom was *J. Clarence Lane,* on the brief), for the appellee.

Pattison, J., delivered the opinion of the Court.

The material facts in this case are identical with the facts of the case of *State of Maryland, use of Francis L. Bickel and Margaret Bickel,* v. *The Pennsylvania Steel Company of Philadelphia, Pennsylvania,* argued with this case at the January Term, 1914, of this Court, and for the reasons stated in the opinion filed in that case, the order quashing the return to the summons in this case will be reversed and the case remanded.

> *Order reversed and case remanded, with costs to the appellant.*